UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER J. WALSH, as he is ADMINISTRATOR, CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 379, <br>             Plaintiffs <br><br> vs. <br><br> HILEE, INC., <br>             Defendant <br><br> and <br><br> GIOIOSO BROS., INC. and THE MCCOURT CONSTRUCTION COMPANY, INC., <br>             Reach-and-Apply Defendants <br><br> and <br><br> FLEET BANK, <br>             Trustee | C.A. No. 05-10010 EFH |

## NOTICE OF DISMISSAL

Now come the Plaintiffs, Christopher J. Walsh, as he is Administrator, Construction Teamsters Health and Welfare Fund, et al., pursuant to Rule 41(a)(1), Fed.R.Civ.P., to notify the Court that Plaintiffs' claim against Reach-and-Apply Defendant The McCourt Construction Company, Inc. is dismissed.

    Respectfully submitted,

    CHRISTOPHER J. WALSH, as he is
    ADMINISTRATOR, of the
    CONSTRUCTION TEAMSTERS
    HEALTH AND WELFARE FUND, et al,
    By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  July 6, 2005

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the above Notice of Dismissal has been served by first class mail upon Defendant, Hilee, Inc. at 100 Tremont Street, Everett, MA  02149, and upon Reach-and-Apply Defendants, Gioioso Bros., Inc. at 50 Sprague Street, Hyde Park, MA  02136, and The McCourt Construction Company, Inc. at 60 K Street, South Boston, MA  02127 this 6th day of July, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
8903 03-372/notofdism-mccourt.doc

2