

*Fleet National Bank*
*Legal Order Processing*
*Mail Stop: NY7-501-02-07*
*5701 Horatio Street*
*Utica, NY 13502*
*Fax No.(617) 310-2751*

June 27, 2005

Clerk of The Court
Suffolk County District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Christopher Walsh, Administrator of the Construction Teamsters Health and Welfare Fund, et al
vs: Hilee, Inc.

Enclosed is a copy of the trustee's answer with respect to the above mentioned action. Please file on our behalf.

Sincerely,

Sandra Allen

cc: Gregory A. Geiman, Esquire

**Commonwealth of Massachusetts**

Suffolk, ss                                                Civil Action No. 05-10010 EFH

*Christopher Walsh, Administrator of the Construction Teamsters Health and Welfare Fund, et al*

*Plaintiff(s)*

vs.                                                                                    *Answer of Trustee*
                                                                                       *Bank of America*

*Hilee, Inc.*

*Defendant(s)*

*and*

*Bank of America*

---

*And now the Bank of America, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Bank of America is holding $2,851.92 in the name of Hilee, Inc.*

Signed under the pains and penalties of perjury.

Bank of America

By [signature] Sandra Allen    Date: 6/27/05
Legal Order Processing
5701 Horatio Street
Utica, NY 13502