UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER J. WALSH, as he is ADMINISTRATOR, CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 379,<br>        Plaintiffs<br><br>vs.<br><br>HILEE, INC.,<br>        Defendant<br><br>and<br><br>GIOIOSO BROS., INC. and THE MCCOURT CONSTRUCTION COMPANY, INC.,<br>        Reach-and-Apply Defendants<br><br>and<br><br>FLEET BANK,<br>        Trustee | C.A. No. 05-10010 EFH |

## NOTICE OF DISMISSAL

Now come the Plaintiffs, Christopher J. Walsh, as he is Administrator, Construction Teamsters Health and Welfare Fund, et al., pursuant to Rule 41(a)(1), Fed.R.Civ.P., to notify the Court that Plaintiffs' claim against Reach-and-Apply Defendant Gioioso Bros., Inc. is dismissed.

        Respectfully submitted,

        CHRISTOPHER J. WALSH, as he is
        ADMINISTRATOR, of the
        CONSTRUCTION TEAMSTERS
        HEALTH AND WELFARE FUND, et al,

        By their attorneys,

        /s/ Gregory A. Geiman
        Anne R. Sills, Esquire
        BBO #546576
        Gregory A. Geiman
        BBO #655207
        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA  02108
        (617) 742-0208

Dated:  July 11, 2005

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Notice of Dismissal has been served by first class mail upon Defendant, Hilee, Inc. at 100 Tremont Street, Everett, MA  02149, and upon Reach-and-Apply Defendants, Gioioso Bros., Inc. at 50 Sprague Street, Hyde Park, MA  02136, and The McCourt Construction Company, Inc. at 60 K Street, South Boston, MA  02127 this 11th day of July, 2005.

        /s/ Gregory A. Geiman
        Gregory A. Geiman, Esquire

GAG/gag&ts
8903 03-372/notofdism-gioioso.doc