AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

CHRISTOPHER J. WALSH, as he is ADMINISTRATOR,
CONSTRUCTION TEAMSTERS HEALTH AND WELFARE
FUND and INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, LOCAL 379,
           Plaintiffs

V.

Hilee, Inc.,    Defendant
           and
Gioioso Bros., Inc. and The McCourt
Construction Company, Inc.,
           Reach-and-Apply Defendants
           and
Fleet Bank,    Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10010 EFH

TO: (Name and address of defendant)
    Hilee, Inc.
    100 Tremont Street
    Everett, MA 02149

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Gregory A. Geiman, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA 02108

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE 1/3/05

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

July 5, 2005

I hereby certify and return that on 6/30/2005 at 1:20PM I served a true and attested copy of the SUMMONS AND COMPLAINT AND EXHIBITS in this action in the following manner: To wit, by delivering in hand to CARA CROCKETT, agent, person in charge at the time of service for HILEE, INC., at, 100 TREMONT STREET, EVERETT, MA 02149. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.20), Postage and Handling ($1.00), Travel ($2.56) Total Charges $39.76

*Albert Forgione*

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
               Date                              Signature of Server

                                                _____
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure