AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

CHRISTOPHER J. WALSH, as he is ADMINISTRATOR,
CONSTRUCTION TEAMSTERS HEALTH AND WELFARE
FUND and INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, LOCAL 379,
        Plaintiffs

V.

Hilee, Inc.,    Defendant
    and
Gioioso Bros., Inc. and The McCourt
Construction Company, Inc.,
        Reach-and-Apply Defendants
    and
Fleet Bank,    Trustee

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 - 10010 EFH**

TO: (Name and address of defendant)

Gioioso Bros., Inc.
50 Sprague Street
Hyde Park, MA  02136

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Geiman, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE 1/4/05

AO
S
NAM

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

July 5, 2005
I hereby certify and return that on 6/30/2005 at 11:20AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to L.Drayton, agent at time of service for The McCourt Construction Company, Inc.,, at , 60 K Street, South Boston, MA 02127. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($1.50), Travel ($3.20), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $45.70

_____
Deputy Sheriff

Deputy Sheriff   George Slyva

☐ ......with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                          Signature of Server

                                           _____
                                           Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure