AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

CHRISTOPHER J. WALSH, as he is ADMINISTRATOR,
CONSTRUCTION TEAMSTERS HEALTH AND WELFARE
FUND and INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, LOCAL 379,
        Plaintiffs

V.

Hilee, Inc.,    Defendant
        and
Gioioso Bros., Inc. and The McCourt
Construction Company, Inc.,
        Reach-and-Apply Defendants
        and
Fleet Bank,    Trustee

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

05-10010

TO: (Name and address of defendant)

The McCourt Construction Company, Inc.
60 K Street
South Boston, MA  02127

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Geiman, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

1/4/05
DATE



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

July 6, 2005

I hereby certify and return that on 7/1/2005 at 11:33AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to E.Baker,Office Mgr,at the time of service for Gioioso Bros., Inc., at , 50 Sprague Street,  Hyde Park, MA 02136. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($3.00), Travel ($6.40), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $50.40

Deputy Sheriff    David B. Isberg                                       *Deputy Sheriff*

---

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                          Signature of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure