UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Christopher J. Walsh, Construction Teamsters
Health and Welfare Fund and International
Brotherhood of Teamster, Local 379
              Plaintiff

CIVIL ACTION

NO. 05-10010 EFH

V.

Hilee, Inc.
              Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Christopher J. Walsh, as Administrator, Construction teamsters Health and Welfare Fund and International Brother hood of Teamsters, Local 379 for an order of Default for failure of the Defendant, Hilee, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 16th day of August 2005

              SARAH A. THORNTON
              CLERK OF COURT

              By:    s/s Sandra E. Holahan
                      Deputy Clerk

Notice mailed to:
G. A. Geiman, Esq.
Hilee, Inc. Defendant

(Default Notice.wpd - 3/7/2005)