UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER J. WALSH, as he is ADMINISTRATOR, CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 379,<br>   Plaintiffs<br><br>vs.<br><br>HILEE, INC.,<br>   Defendant<br><br>and<br><br>GIOIOSO BROS., INC. and THE MCCOURT CONSTRUCTION COMPANY, INC.,<br>   Reach-and-Apply Defendants<br><br>and<br><br>FLEET BANK,<br>   Trustee | C.A. No. 05-10010 EFH |

**MOTION FOR EXTENSION OF TIME TO FILE
FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiffs Christopher J. Walsh, as he is Administrator, Construction Teamsters Health and Welfare Fund, et al, herein respectfully move this honorable Court for an extension of time until October 31, 2005 in which to file Plaintiffs' Motion for Entry of Default Judgment. As grounds therefore, Plaintiffs state as follows:

1. The parties have been attempting to resolve the above-captioned matter.

2. Judicial resources, as well as the parties' resources, will be conserved if the matter can be settled promptly and efficaciously.

WHEREFORE, Plaintiffs seek an extension of time until October 31, 2005 in which to file for Entry of Default Judgment in this matter.

Respectfully submitted,

CHRISTOPHER J. WALSH, as he is ADMINISTRATOR, CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  September 8, 2005

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Motion of Extension of Time to File for Default Judgment has been served by first class mail upon Defendant, Hilee, Inc. at 100 Tremont Street, Everett, MA  02149 this 8th day of September, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
8903 03-372/motextim-dj.doc

2