UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER J. WALSH, as he is ADMINISTRATOR, CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 379,<br>Plaintiffs<br><br>vs.<br><br>HILEE, INC.,<br>Defendant<br><br>and<br><br>GIOIOSO BROS., INC. and THE MCCOURT CONSTRUCTION COMPANY, INC.,<br>Reach-and-Apply Defendants<br><br>and<br><br>FLEET BANK,<br>Trustee | C.A. No. 05-10010 EFH |

### PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST HILEE, INC.

Now come the Plaintiffs (hereinafter, the "Fund"), and request the Clerk, pursuant to Rule 55(b)(1), Fed.R.Civ.P., to enter default judgment in favor of the Fund and against Defendant Hilee, Inc. (hereinafter "Hilee"), holding Hilee liable for all unpaid contributions owed to the Funds, together with interest, statutory liquidated damages, and reasonable attorneys' fees and costs as follows:

A.  Principal that remains owed to the Funds through         $7,670.28
    June, 2004

| | | |
|---|---|---|
| B. | Prejudgment interest if all contributions owed had been paid by October 31, 2005, as mandated by 29 U.S.C. §1132(g)(2)(B) | $7,415.26 |
| C. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C)(i) | $7,415.26 |
| D. | Attorneys' Fees as mandated by §1132(g)(2)(D) | $6,320.00 |
| E. | Costs | $399.29 |
| | TOTAL | $29,220.09 |

As grounds therefore, Plaintiffs state that default has been entered against Defendant for failure to answer or otherwise defend as to the Complaint of the Plaintiffs. Plaintiffs' claim is for a sum certain. Finally, Defendant is neither an infant nor an incompetent person.

WHEREFORE, Plaintiffs respectfully request that default judgment be entered against Hilee, Inc.

Respectfully submitted,

CHRISTOPHER J. WALSH, as he is ADMINISTRATOR, of the CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the Defendant Attorney of record for each other party by mail hand on 10/31/05

Dated: October 31, 2005

GAG/gag&ts
8903 03-372/motion-dj.doc