# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER J. WALSH, as he is ADMINISTRATOR, CONSTRUCTION TEAMSTERS HEALTH AND WELFARE FUND and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 379,<br>　　　　　Plaintiffs<br><br>vs.<br><br>HILEE, INC.,<br>　　　　　Defendant<br><br>and<br><br>GIOIOSO BROS., INC. and THE MCCOURT CONSTRUCTION COMPANY, INC.,<br>　　　　　Reach-and-Apply Defendants<br><br>and<br><br>FLEET BANK,<br>　　　　　Trustee | C.A. No. 05-10010 EFH |

## AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the Construction Teamsters Health and Welfare Fund by Hilee, Inc. since on or about October 10, 2003. Since that date, we have incurred legal fees of $6,320.00 and costs of $399.29.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 31st DAY OF OCTOBER, 2005.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Anne R. Sills
　　　　　　　　　　　　　　　　　　　　　　　Anne R. Sills, Esquire

ARS/gag&ts
8903 03-372/affsills2.doc

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 10/31/05